# COMPLAINT

**(for filers who are prisoners without lawyers)**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

(Full name of plaintiff(s))

Remo H. Daniels

v.

Case Number:

(to be supplied by Clerk of Court)

(Full name of defendant(s))

---

A. PARTIES

1. Plaintiff is a citizen of WISCONSIN (State), and is located at

Waupun Corr Inst P.O. Box-351, Waupun, WI 53963-0351
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant ______________________________ (Name)

Defendant's

Warden. Brain Foster

Depulty warden Sarah Cooper

Security Director Tony Meil

Capt Tritt

Unit manager YMR Ludvigson

C.O. Beahm

Capt. Larson

20 - Defendant's

L.T. Larson

L.T. Burn

L.T. Immerfall

Capt Olson

L.T. Nelson

Sgt Voigt

C.O. Olig

C.O. Demer

DR, Van Buren

DR. Engstorm

DR, Deblanc

DR. Schimdt



DR. Stewart

is (if a person or private corporation) a citizen of WISCONSIN
(State, if known)

and (if a person) resides at Waupun Corr Inst
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Staff member's of Waupun Corr Inst.
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:

1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

(WCI-2016-28117) on 12-13-16 at 7:00 A.m, I ASK C.O Beahm to put the Nail Cripper on the Shower Door Before I get in there, He laugh and Said I'll put them on when y'all get in there. He wanted a Reason to Look into the Shower's on the when into the shower C.O. Beahm touch my Butt and again on the Way out the Shower. [I got many of Witnesses and + the Camrea View in Front of the Shower as Well. Around 4:00 p.m I Report this Act to C.O Krause, She laugh at me and Said Some Inmate Like that Stuff -(WCI-2016-29034)
(WCI-2017-412) on 12-30-16 At 6:09 A.m C.O. Beahm Keep

Hitting my Door into he Wake me up out my Sleep, ASking me Do I want medication, I Was Sleep so he wanted to wake me up to Harrass me By waking me up out my Sleep. [Because WCI Segregation unit Hand Book state Word For Word that medication pass will be Announced over the Intercom. you must stand at your Cell Door, your light must be on and you must be wearing pants in the proper manner If you wish to Receive medications] I Was sleep No pants on, my light Was off, Not at the Door mean I Don't Want medicail, He Wanted to Harrass me. The Next Day 12-31-16 At 6:11 A.m. C.O. Beahm Did It again Hit my Door about 15 times Really Loud to wake me up out my Sleep Clear Not Following Segregation Rule's in a manner to Harrass me. And Cell #229 Was Sleep Beahm Keep walking the Rigth thing to Do as his Job. (I got witnesses and the Camera in Front of my cell.

(WCI-2017-526) on 1-03-17 at around 6:58 A.m C.O. Beahm Sexual ASSault me again, while putting me in the Shower, and Than to Harrass me more, he put me in a Shower that was Running alReally For my clove to get wet, Camera is my Witnesses and other I/m's

Add on to complaint     Complaint - # 1

(WCI- 2017-1109) on 1-08-17 and around 10:35 Am Beahm Refuned to give me my State Books off the chart and I/m Brandran upHold #444643 For Being my Witness and one of the PREA claims and for a PREA claim of his own. as this I/m my witness on this claims and the Camera View show C.O. Beahm Deny own Books to Harross me.

(WCI-2017-1703) on 1-09-17 at 6:13 Am C.O. Beahm Did It again Hit my Door about 20 times to wake me up Really, Really loud It wake othe I/m up [ I hope the Court's see the patten of this (Defendant misconduct) as I got witnesses and the Camrea View [Note I take psycholgy medical For a mental Illnesses that make me sleep] The Next Day, C.O Beahm Did It again around 6:10 Am 1-10-17. Didn't care about the Rule's

At this time L.T. Larson and L.T. Immerfall Came to Invesigate them Claims of Sexual Assault, Sexual Abuse, Harrassment. I Didnt get a Conduct Report For lying mean Im Cridble in them statements

(WCI-2017-3105) on 1-26-17 at 7:00 Am Beahm was passing out meals when I get my Food It was hair in It, This was the 2 times this Happen and the 3 times Beahm give me a Hitt he Did Some to my Food. He would Said Have a Good meal and give a eye wack to me. other I/m as well. I have Stop eatting For Days I wrote Health Servic they Said Nothing they Can Do Forward It to Security Supervisor they Didnt Care.

(WCI-2017-4001) on 1-28-17 C.O. Beahm Keep Hitting my Door again into he wake me up again Soning to me, In a manner of this on-going Harrassment Act in that patter I Believer, Foster, Cooper, meil, Capt Tritt, Unit manager Paul Ludvigson Didn't tell him to Stop Because them Defendant's Didnt care.

At 7:00 Am C.O. Demer and C.O. Olig Was Doing meals, Beahm Walked up and ASK them Did they give me the First meal, Both Defendant's Said why C.O. Beahm Said Because I Did Some to It, They Starting Laughing [ I got eye Witnesses + the Camera View show them laughing and show I Didnt get the First meal ] As I/m Zachary A Klein # 362032 and I/m Ander Jones # 320536 is my witnesses and more I/m. At 9:55 Am I Stop C.O. Demer ASK him Did Beahm Do Some to my Food. he said NO Beacause you Didnt get the First meal. C.O. Demer Didn't give me the First meal.

Case 2:17-cv-01080-PP Filed 08/04/17 Page 5 of 9 Document 1

Add on to Complaint Complaint ② B

At 10:50 Am C.O. Beahm was passing out meals, I Ask him Did he Do Some to my Food he Said yes, I give the meal, Back to him, he put 2d at the Bottom of the Chart, as I got many Of Witnesses and the Camera View All this Still in complaint (WCI-2017-4601).

By this time L.T. Buren, L.T. Nelson have looked into this portion of Sexual Assault, Sexual Abuse, misconduct, Didn't give me a Conduct Report For lying mean they Found me cridble Somewhere.

(WCI-2017-4601) on 2-11-17 Beahm stop by my cell and said you Showing in Front of the camre For making all the Fake Azz PREA Claims of Sexual Assault on me. this was around 7:20 Am when I got into the Shower C.O. Beahm went into my cell take legal work For a open Appeal I had going on, mess my cell up to Harrass me For them Claims of PREA. I Wrote Defendant's Foster, Depulty warden Sarah Couper, Security Director Toni meil, Capt Tritt Supervisor of Segregation, unit manager Paul Ludivgson, Toni meil Did Respone With the Answer you are lying, without a Invesigate he said that, when Defendant Beahm is known For Doing this type of Act many complaint's From me and other Inmate's.

(WCI-2017-5498) on 2-18-17 at around 7:10 Am Sgt Voigt, a Defendant in other Case pending See Daniels -V- Foster ET, AL, 17-C-680, her and C.O. Beahm Was passing out meals, I was on obs, C.O. Beahm Didn't give me my Fresh Fruit on my Tray. Note: C.O. Beahm Know I got Fresh Fruit on my Tray Like the Other Inmate's Because he Been working in RHU 10-years. I ASK C.O. Beahm Can I got my Fruit he Said you got ~~wh~~ what I give you, Defendant Sgt Voigt was the Sgt, I Ask her in the Following Chain of Commone, She Roll her eye's, Didn't Respone, Because She Wanted to be a team player in this Harrassment Act. Capt Olson Was Doing obs Check, I Report to him of the Harrassment in Sgt Voigt is in on It Don't Want to give me my Fresh Fruite about 10-mins later ~~se~~ C.O. Beahm give me my Fruit, Sgt Voigt Said he was a mistake to get out of the Misconduct on her part But It was Not a Mistake.

By ~~tim~~ this time Capt Olson Invesigate Manhar

Case 2:17-cv-01080-PP Filed 08/04/17 Page 6 of 9 Document 1

Add on to Complaint

Complaint

on 3-11-17 at 7:00 AM C.O. Beahm went in my cell and take my Tootbusrsh out of there, Than It go to Daniels -V- Foster ET. AL. Case 17-CV-860 on the part Involoment of Sgt Vogit, C.O. Wood, C.O. Clerk, C.O. Derter.

I have Report All the Sexeal Abuse to P.S.U. Dept. Van. Buren, DR Deblanc, DR. Engstorm, DR Schmidt, DR Stewart. They All Report to Security Director Toni meil, But All Defendants Failure to get me out of the phychial Abuse by this offiar. If them Defendant's ASK Superlisor to get me out of harm way Because of my mental Health of sexeally Abuse, than by LAW Superlsior Security Staff poss to Do So.

I would Like to proosse of Failure to Intervane Eight Amendment against All Defendant's lists in my camplaints

Failure to protact Safte, of All Defendant's Because they was aware of this Act.

C.O. Beahm proosses Sexual Assault, Sexeal Harrassment, Sexual abuse, Retlaitoion claims.

I would Like to proosse on Failure to Invesigale my claims of Capt Larson, L.T. Larson, L.T. Immerfall, L.T. Burn, L.T. Nelson, Capt Trift, Paul Ludigson, Security Director Toni meil, Because they All Looked into this Case, But Never give me a C.R. For lying on Beahm. As the Camera and Inmate's my Bigges Witnesses Still Never Came up with the Found If my Complaint Here.

I Forgot to State that Capt Larson was one of the Invesigale Supervisor, As my ~~Com~~ Document of Fact's would close this Case out in Favor of the Plaintff.

I Know this Court is aware of Sgt Beahm, Joseph E. Beahm Act's ~~oo~~ Of the Fact's in my Complaint, He had Been Doing this For years time to put a Stop to this Dirty officer Action

E.D.C.

Case 2:17-cv-01080-PP Filed 08/04/17 Page 7 of 9 Document 1

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $__________.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

#1) $150,000 Dollar

#2) LAW Enforcement For Charge on the sexual Assault

#3) S.P.A. ON them D.O.C. Staff members

#4) A Hand writting Apologize From every Defendants inside the New paper as to me as well.

#5) I want the D.O.J. to make Sure Defendant Sgt Joseph E Beahm Can Never Do this Act against I/m again.

#6) I Don't Want No Retlation Act, Because of my complaint.

That's All I'm Asking For.

Thanks alot!!!

E. JURY DEMAND

I want a jury to hear my case.

[X] - YES [ ] - NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 3th day of August 20 17.

Respectfully Submitted,

Remo H. Daniels
Signature of Plaintiff

#538171
Plaintiff's Prisoner ID Number

Waupun Correctional Institution, P.O. Box 351, Waupun, WI 53963-0351
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

[X] I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

[ ] I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.